18-80153-CR-WPD

October 15th, 2018

Dear, Honorable Judge William P. Dimitrouleas

   I hope all is well with you sir. I am writing you this letter to sincerely apologize for the delays in my case on my behalf. When my counsel began representing me, I made more than a fair amount of attempts to cope with this decision do to the fact that I didn't want to prolong my case. I am currently facing serious charges and I understand that they carry a lengthy sentence, but this is not the reason why I am asking for this continuance. For the first time in my life i've been dealing with an attorney who refuses to listen to his client. This leaves me with the feeling of being misrepresented, with all due respect your honor i'm taking this time to advise you I am not satisfied with Michael B. Cohen services. He has been notified, I would like to file for insufficient counsel. I believe I am entitled to a fair and constitutional case and trial, thank you.

Sincerely,

[signature]

Balmy L. Joseph #901800522
Paul Rein Facility
P.O Box 407003
Fort Lauderdale, FL 33340

MIAMI FL 331
19 OCT 2018 PM 6 L   FOREVER
Barn Swallow

Honorable Judge Dimitrouleas
U.S Federal Building and Courthouse
299 East Broward Blvd.
Courtroom 205B Chamber 205F
Fort Lauderdale FL, 33301