

FILED BY _____ D.C.

JAN 0 3 2019

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 18-80153-CR-DIMITROULEAS(S)

**UNITED STATES OF AMERICA**

**Vs.**

**DELSON MARC and**
**BALMY LINCOLN JOSEPH,**

    **Defendants**

_____/

## MOTION TO WITHDRAW PLEA AGREEMENT

Come Now, DELSON MARC, represented by Attorney Bradford Cohen, in the above styled cause of action moves this United States District Court For The Southern District of Florida to withdraw the Plea Agreement present by the Assistant United States Attorney Rinku Tribuiani. The Defendant states the following in support:

Defendant withdraw is Plea Agreement because he did not knowingly, voluntarily and intelligently plea to the agreement knowing all the facts and circumstances surrounding the circumstances in which he was pleading guilty to.

That his Attorney Bradford Cohen did not give him full disclosure of the Plea Agreement or the cause and effects of the Plea Agreement. The Defendant is not an Attorney, nor is the Defendant knowledgeable of the Federal Statutes in which he was charged with in the Indictment. That the Defendant relied solely upon his Attorney action and demands that he pled guilty.

That Defendant was not told by his Attorney how the sentencing process work in regards to the FEDERAL SENTENCING GUIDELINES, nor did the Attorney advised me of my Constitution rights and that pleading guilty I was giving up my rights to Appeal.

The Defendant had no knowledge pursuant to the FEDERAL SENTENCING GUIDELINE by pleading guilty, that he would not receive (3) points reduction pursuant to Section 3E1.1(a) in fact the Defendant did not know what "Acceptance Of Responsibility" was, which could have reduction his sentence dramatically, in which the Assistant United States Attorney stated in Paragraph 10 that "...the defendant agrees that he should not receive any reduction for acceptance of responsibility, and will not seek any such reduction, pursuant to Section 3E1.1(a). Clearly defendant(s) pleas guilty base on the benefits in which they would received, in fact Acceptance of Responsibility is the most rewarded benefit that a Defendant can received by pleading guilty. Surely the Defendant would not give up such a benefit had the Attorney explain to him exactly what he was given up and what ACCEPTANCE OF RESPONSIBILTY meant.

Moreover the Assistant United States Attorney compounds even more violation of Constitutional protection by the Defendant pursuant to Paragraph 12, in which the Defendant will give up any rights to Appeal, to secure the Assistant United States Attorney acts of denying the Defendant his Constitutional rights.

PRESS FIRMLY TO SEAL

PRIORITY MAIL
POSTAGE REQUIRED

US POSTAGE PAID

$9.70

PRIORITY MAIL 1-Day®

Origin: 33312
01/02/19
1130530292-04

DELIVERY DAY: 01/03/19

C019

0 Lb 2.80 Oz

1005

HOWARD BLVD
LAUDERDALE FL 33301-1944

SIGNATURE TRACKING NUMBER

510 8155 9242 9002 3274 19

PRIORITY®
★ MAIL ★

UNITED STATES
POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Delson Marc # 18953-104
F.Dc Miami
Federal Detention Center
P.O. Box 019120 33/01

TO: Clerk of the Court
United States Federal
Court house.
299 East Broward Blvd
Fort Lauderdale 33301

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

Overnight
Priority

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.