

FILED BY _____ D.C.

JAN 03 2019

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 18-80153-CR-DIMITROULEAS(S)

**UNITED STATES OF AMERICA**

**V.**

**DELSON MARC,**

_____/

## OBJECTION(S) TO PRESENTENCE INVESTIGATION REPORT

Come Now Delson Marc, represented by Attorney Bradford Cohen, hereby presents these "Objection(s) to the Presentence Investigation Report prepared by Clifford H. McKinney U.S. Probation Officer United States Courthouse 299 East Broward Boulevard, Suite 409, Fort Lauderdale, Fl. 33301. Delson Marc hereby presents the following in support:

1. I Delson Marc, "Object(s) to Paragraph 35: states: "As of the completion of this report, the defendant has not provided a statement for acceptance of responsibility" Defendant demands a hearing on such a matter.

2. I Delson Marc "Object(s) to Paragraph 38: states: "Specific Offense Characteristics: If a dangerous weapon: (including a firearm) was possessed, increase by two level sec. 2D1.1(b)(1) Defendant objects to a possessed firmarm.

3. I Delson Marc "Object(s) to Paragraph 44 states: Acceptance of Responsibility for the Offense section 3E1.1 in which the Defendant clearly wants all benefits pursuant to section 3E1.1 of Acceptance of Responsibility in which a (3) points reductions in awarded.

4. I, Delson Marc "Object(s) to Paragraph 55 in which the Defendant was charge with Attempting to Elude Marked Police Car (2) Possession of Marijuana Less Than 20 Grams the Defendant request a hearing in regards to the this matter in which the adjudication was withheld. Therefore the 2 point s should not be used to enhanced his sentence.

5. I, Delson Marc "Object(s) to paragraph 58 in which the (1) point enhancement is not warranted because clearly the evidence states that the Defendant was laying in the front seat unresponsive and apparently not breathing according to witness report. The Officer statement states "he approached the vehicle and attempted to contact the defendant who was laying back in the driver seat with his right hand behind his head and eyes closed. Clearly here is contradicting statements in which a witness stated that the car doors was open, but yet the officer states that he ask the Defendant to roll down his window , the Defendant request a hearing in this matter.

6. I, Delson Marc "Object(s)" to Paragraph 59 in regards to the (1) point enhancement for possession of Cocaine in which the defendant Pled nolo contendere and entered in a BARC program for help in which his Probation was reinstated & modified and terminated after the completion, therefore the (1) point enhancement in paragraph 59 should be dismiss because of the defendant BARC completion in which this participation can not be used for sentencing purposes.

7. I, Delson Marc "Object(s) to Paragraph 60 Driving under the Influence, which clearly should that the Defendant has an alcohol problem according to the record that the Defendant sentence was stayed and probation was terminated. There for the Court should dismiss the (1) point enhancement to the Defendant sentence.

8. I, Delson Marc "Object(s) to Paragraph 62 which states: "The defendant has a subtotal of five criminal history points. In which the Defendant clearly shows that the above enhancements used by the United States Probation Officer should not be use to enhanced his sentencing Level to five criminal history points

9. I, Delson Marc "Object(s) to Paragraph 63 which states "The defendant committed the instant offense while under a criminal justice sentence for DK# 15-10859CF10A" therefore, two points are added sec. 4A1.1(d) therefore this statute should not be used to enhanced the Defendant, because of his sickness, illness and mental conditions, in which it's clearly reported by the US Probation Officer Report, that the Defendant on multiply occasion was found to be intoxicated, under the influence of some type of substance abuse which clearly shows his unstable ability to function and his addictions.

Wherefore the Defendant "Object(s) to the UNITED STATES PROBATION OFFICER PRESENTENCE INVESTIGATION REPORT, and request this Court for an Evidentiary Hearing for the record. Moreover the Defendant reserves all rights to Appeal.

Done on this 26th day of December 2018.

Respectfully Submitted

DELSON MARC

_____

Represented by Bradford Cohen
1132 SE 3rd Avenue
Fort Lauderdale Fl 33316

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true, correct and complete copy was sent by First Class US Mail to the following party(ies) listed below on this ___30___ day of ___Dec___ 2018.

Represented by Bradford Cohen

Cc

UNITED STATES PROBATION OFFICER
Clifford H. McKinney Jr.
United States Courthouse
299 East Broward Boulevard, Suite 409
Fort Lauderdale, Fl. 33301


ASSISTANT UNITED STATES ATTORNEY
Rinku Tribuiani
500 S. Australian Avenue
West Palm Beach, Fl. 33401

DEFENSE COUNSEL
Bradford Cohen
1132 SE 3rd Avenue
Fort Lauderdale Florida 33316

US POSTAGE PAID
$9.70
Origin: 33312
01/02/19
1130530292-04

PRIORITY MAIL 1-Day®
0 Lb 2.80 Oz
1005
C019

DELIVERY DAY: 01/03/19

E BROWARD BLVD
F LAUDERDALE FL 33301-1944

SIGNATURE TRACKING NUMBER

5 8155 9242 9002 3274 19

PRIORITY MAIL
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRIORITY MAIL

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Delson Marc # 18953-104
F.D.C Miami
Federal Detention Center
P.O. Box 019120 33101

TO: Clerk of the Court
United States Federal
Courthouse.
299 East Broward Blvd
Fort Lauderdale 33301

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

Overnight Priority®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.