UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:18-CR-80153-WPD-2

UNITED STATES OF AMERICA

        Plaintiff,

v.

BLAMY LINCOLN JOSEPH,

        Defendant.
_____/

## MOTION FOR A NEW TRIAL

    COMES NOW, the Defendant, BALMY LINCOLN JOSEPH by and through undersigned counsel, who respectfully requests that this Honorable Court Grant the Defendant a New Trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure and as grounds therefore your undersigned would state the following:

1. After the Jury retired to consider it's verdict, a question was send to the Court. The Court's answer sent back to the Jury may have affected the outcome of the trial. Undersigned counsel would request that this Court consider same to determine if the granting of a new trial on the basis of the Court's answer would be appropriate.
2. There were numerous motions for mistrial made during the course of the Jury Trial. Your undersigned adopts them herein for purposes of this motion.
3. Most importantly during the course of the trial the defendant's brother, during a recess, became extremely upset, began screaming and yelling, and waving his hands, in response to the evidence the Government had just introduced at trial. This ruckus was quite upsetting and some of the Jurors witnessed the brother's actions. At least one of the Jurors said upon inquiry by the court that although she was "shook up" it would not affect her verdict. The Court quite properly inquired of all of the Jurors to determine whether they could be fair and impartial. It is the Defendant's position that even though the jurors answered they could be fair and impartial, the nature of the disturbance engaged in by the defendant's brother may have resulted in the Jury rendering a guilty verdict and a new trial is sought on this basis since a motion for mistrial made by the defense was denied by this Court on this basis.

    WHEREFORE based on the foregoing, undersigned counsel requests that this instant motion for a new trial be granted.

                                        Respectfully submitted,
                                        /s/ Michael B. Cohen, Esq.
                                        Michael B. Cohen, Esq.

Florida Bar No: 210196

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was furnished via CMECF E-Filing to all applicable parties on January 18, 2019

Respectfully submitted,
S/ Michael B. Cohen, Esq.

Michael B. Cohen, Esq.
Florida Bar No: 210196
6400 North Andrews Ave., Ste 505
Fort Lauderdale, Florida 33309
Ph (954) 928-0059
Fax (954) 928-0929