
EVIDENCE
S000688636