
PALM BEACH COUNTY
SHERIFF'S OFFICE
EVIDENCE
Case Number
Date
Time
Place
Victim [redacted]
Suspect
Recovered by
Contents
Sealed by
GOVERNMENT
EXHIBIT
CASE
NO.
EXHIBIT
NO. 11a
LG


PALM BEACH COUNTY
SHERIFF'S OFFICE
EVIDENCE
Case Number
Date
Time
Place
Victim [redacted]
Suspect
Recovered by
Contents
Sealed by
GOVERNMENT
EXHIBIT
EVIDENCE
LG