
DA3
Case Number
Date
Time 2300
Place
Victim
Suspect
Recovered by
Contents
Sealed by
GOVERNMENT EXHIBIT
CASE NO.
EXHIBIT NO. 12