
BULWARK
PALM BEACH COUNTY
SHERIFF'S OFFICE
EVIDENCE
Case Number
Date
Time
Place
Victim
Suspect
Recovered by
Contents
Sealed by
KIA
PLEASE DO NOT DISCARD
sunshine health
OPEN NOW!