
18-98638
SECUR-PAK
Evidence
Chain Of Custody
Date
From
To
SDW 10-31-18
GOVERNMENT EXHIBIT
19
SECUR-PAK
EVIDENCE