
18-98638
Evidence
Chain Of Custody
SJW 10-1-18
GOVERNMENT EXHIBIT
SECUR-PAK
EVIDENCE