
PALM BEACH COUNTY
SHERIFF'S OFFICE
EVIDENCE
Case Number 18-097835
Date
Time 1715
Place
Victim
Suspect
Recovered by CSI
Contents
Sealed by
GOVERNMENT EXHIBIT
CASE NO.
EXHIBIT NO.