
PALM BEACH COUNTY
Case Number
Date 07/18/18
Time
Place
Victim
Suspect
Recovered By
Contents
DENCE EVIDENCE
18-0978
GOVERNMENT EXHIBIT
Neiman Marcus
LUCKY BRAND