
B3105
Case Number
Date 07/18/18
Time
Place
Victim
Suspect
Recovered By
Contents
Sealed by
GOVERNMENT EXHIBIT
30