
GOVERNMENT EXHIBIT
CASE NO.
EXHIBIT NO. 33