
34