UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:18-CR-80153-WPD-2

UNITED STATES OF AMERICA
       Plaintiff,
v.
BALMY LINCOLN JOSEPH,
       Defendant.
_____/

## NOTICE OF FILING

COMES NOW, the Defendant, BALMY LINCOLN JOSEPH, by and through undersigned counsel, who would respectfully give notice of filing, the attached hereto, letter in support of the Defendant.

Dated: March 14, 2019

Respectfully submitted,

**Michael B. Cohen, Esq.**
*/s/ Michael B. Cohen*
Michael B. Cohen, Esq.
Florida Bar No: 210196
6400 North Andrews Ave., Ste 505
Fort Lauderdale, Florida 33309
Ph (954) 928-0059
Mcohenlaw@aol.com

Dear Your Honor,

I am writing on behalf of Balmy Joseph who will be sentenced on the 21st of March 2019. I am Balmy Joseph's older sister and we are approximately 3 years apart. This trial has taken a toll on our family and we still have not come to terms at what has been happening. I must say everything has caught us by surprise. I hope this letter will help you get to know a different side of Balmy than what has been overwhelmingly portrayed in the courtroom.

We grew up in a family of seven children, residing mainly in rough neighborhoods near West Palm Beach. We never really had much, but our parents tried their best to support us however they could both financially and morally. We grew up understanding the values of education, spirituality, and respect. Needless to say, we were not your typical happy family; we still have our struggles and our father's assassination has by far been one of the biggest struggles. It instilled within us a sense of fear that each of us cope with differently.

I am very close to Balmy, and this situation hurts even more because I know him as a caring and loving son, brother, and father. Even during our worst days, the family could always count on Balmy to uplift our spirits and make us laugh. When I am stuck on the side of the road, I can count on Balmy to be there within seconds. The thing is Balmy is always present. Despite being my little brother, Balmy has always tried to fulfill the responsibilities of the father we lost. Even when he cannot physically be there, he is there in whatever way he can.

I was afraid to leave home for college because with our mom barely speaking English, I did not know how Balmy would handle the responsibilities I had when I was home. Any doubts I had were gone months after I left. He made sure our younger siblings stayed focus, did their homework, and behaved accordingly.

As a father, his relationship with his daughter Ariyah reminds me of my relationship with my father. When they are together they are inseparable. She refused to be held by anyone but Balmy, and I know this because, whenever Ariyah was with him during weekends, he was always home

with us. I watched him read books to Ariyah and play with her. It pains us all in the family to see how much she still cries and searches for her father.

The court hearings portray Balmy as a drug dealer. However, I know him as the brother who has always been there for us; I know him as a father who has always been there for his daughter; and I know him as a son who brighten our mother's day on her worst days. It has been 8 months without Balmy and I feel like my world has turned upside down. I cannot imagine the impact this has had on the others especially our mother.

A lot of wrong decisions have been made in the events that has led to where we are now. As we await your decision, Your Honor, I kindly ask you to consider this side of Balmy and his potential for change and growth. Thank you for taking the time to read this letter.

Sincerely,
Bacheline Joseph