UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:18-CR-80153-WPD-2

UNITED STATES OF AMERICA
    Plaintiff,
v.
BALMY LINCOLN JOSEPH,
    Defendant.
_____/

### NOTICE OF FILING

COMES NOW, the Defendant, BALMY LINCOLN JOSEPH, by and through undersigned counsel, who would respectfully give notice of filing, the attached hereto, letter in support of the Defendant.

Dated: March 19, 2019

                                                    Respectfully submitted,

                                                  **Michael B. Cohen, Esq.**
                                                  _/s/ Michael B. Cohen_
                                                  Michael B. Cohen, Esq.
                                                  Florida Bar No: 210196
                                                  6400 North Andrews Ave., Ste 505
                                                  Fort Lauderdale, Florida 33309
                                                  Ph (954) 928-0059
                                                  Mcohenlaw@aol.com

Dear Honorable Judge Dimitroules,

The purpose of this letter is to urge the leniency in the sentencing of Balmy L. Joseph. I have known Balmy for 8 years and he is now the father of our two year old, Ariyah Joseph.

I am aware of the extent of the charges Balmy was convicted of, but Balmy is so much more to our daughter. Although Balmy and I shared our differences in the past, I've never had to question his heart and the love he has for Ari.

The amount of time Balmy is facing truly pains me because I know in turn will pain our daughter. Within the time of serving his sentence our daughter will have missed sharing her first experiences and memories with him. I know there is nothing that means more to Balmy than Ari, and in the short times of his video visits with her, I can see that not being able to physically be there and hold her is devastating for him. He has wanted Ari long before she was brought into this world, and needs her as much as she needs him.

If given the chance going forward, I strongly believe Balmy would do everything in his power to follow the right path to continue to love and cherish the moments he would have with Ari. I pray that you take this letter into consideration and I appreciate you taking your time and giving attention to this matter.

Sincerely,

Liliana Ramirez