UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. 18-80153-CR-WPD


UNITED STATES OF AMERICA,          .
                                   .
               Plaintiff,          . Fort Lauderdale, Florida
                                   . March 21, 2019
               v.                  . 1:13 p.m.
                                   .
BALMY LINCOLN JOSEPH,              .
                                   .
               Defendant.          .
. . . . . . . . . . . . . . . . .


                    -   -   -   -   -

           Transcript of Sentencing Hearing had

      before the Honorable William P. Dimitrouleas,

           United States District Judge.

                    -   -   -   -   -


Proceedings recorded by mechanical stenography, transcript
produced by computer.

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(954)769-5657

```
APPEARANCES:

For the Government:    Rinku T. Tribuiani
                       Assistant U.S. Attorney
                       500 S. Australian Avenue
                       Suite 400
                       West Palm Beach, Florida  33401

For the Defendant:     Michael B. Cohen, Esq.
                       Law Offices of Michael B. Cohen
                       6400 N. Andrews Avenue
                       Suite 505
                       Fort Lauderdale, FL  33309

Court Reporter:        Francine C. Salopek, RMR, CRR
                       Official Court Reporter
                       United States District Court
                       299 E. Broward Blvd., Room 205F
                       Fort Lauderdale, Florida  33301
                       (954)769-5657

                          -  -  -  -  -
```

1

2          __THURSDAY, MARCH 21, 2019, 1:15 P.M.__

3          *(The Judge is presently on the bench)*

4          THE COURT:  United States vs. Balmy Lincoln Joseph.

5              If counsel would announce their appearances for the

6     record.

7          MS. TRIBUIANI:  Rinku Tribuiani on behalf of the

8     government.  Good afternoon, your Honor.

9          MR. COHEN:  Judge Dimitrouleas, good afternoon.

10    Michael B. Cohen for Balmy Joseph, who's before the Court for

11    sentencing.

12         THE COURT:  All right.  Mr. Joseph's before the Court

13    having been found guilty of conspiracy to possess with the

14    intent to distribute a kilogram or more of heroin, possession

15    with the intent to distribute a kilogram or more of heroin,

16    possession with the intent to distribute fentanyl, and

17    possession with the intent to distribute heroin.

18              I adjudicated him guilty, deferred sentencing, ordered

19    a Presentence Investigation Report that I've received and

20    reviewed.  Have counsel had an opportunity to review the

21    Presentence Investigation Report?

22         Ms. Tribuiani?

23         MS. TRIBUIANI:  Yes, your Honor.

24         THE COURT:  Mr. Cohen?

25         MR. COHEN:  Yes, sir.

1          THE COURT:  Mr. Joseph, have you read the Presentence

2    Investigation Report and discussed it with your lawyer?

3          THE DEFENDANT:  Yes.

4          THE COURT:  Any objections to the Presentence

5    Investigation Report from the government?

6          MS. TRIBUIANI:  No, your Honor.

7          THE COURT:  Mr. Cohen.

8          MR. COHEN:  Judge, for purposes of what will be a

9    pending appeal, what I did say in my objections as to the

10   facts, of course, was that we had preserved our objection to

11   any facts that Mr. Joseph wants to raise on appeal.

12          With regard to the guideline range, however, after

13   back and forth and the filing of supplemental objections, the

14   guideline range is properly computed as set forth in

15   paragraph 79 of the Presentence -- make that 80 of the

16   Presentence Investigation Report.  But the minimum mandatory,

17   because of the First Step Act, would have been reduced from

18   20 years to ten years.

19          So, what the Court is faced with is a ten-year minimum

20   mandatory.  There are no minimum mandatories on some of the

21   other counts when you get past that ten-year minimum count.

22          And in addition to that, although the defendant is

23   safety valve eligible for purposes of the Court at sentencing,

24   we do agree that no safety valve statement was given.  So that

25   would preclude, under those circumstances, safety valve

1   eligibility for Mr. Joseph.  I did explain that to him

2   yesterday, and he wants to persist in his not guilty plea, the

3   position he took at trial, and for purposes of appeal is

4   continuing to remain in that status, your Honor.

5           THE COURT:  So, we come up with an offense level 34,

6   criminal history category IV, for a range of 210 to 262 months,

7   is that correct?

8           MS. TRIBUIANI:  Yes, your Honor.

9           MR. COHEN:  Yes, Judge, that's correct.

10          THE COURT:  And had he qualified for the safety valve,

11   then it would have been an offense level 32, criminal history

12   category IV, is that correct?

13          MS. TRIBUIANI:  That's right.

14          MR. COHEN:  Yes, Judge.

15          THE COURT:  And that would have been a range of 168 to

16   210 months, is that correct?

17          MS. TRIBUIANI:  That's right.

18          MR. COHEN:  Yes, sir.

19          THE COURT:  And there would have been no ten-year

20   mandatory minimum if he qualified for the safety valve.

21          MR. COHEN:  That's correct.  And I discussed that with

22   Mr. Joseph, but he's not changing his position.

23          THE COURT:  Mr. Joseph, have you had enough time to

24   think about this and talk about it with your lawyer?

25          THE DEFENDANT:  Yes, sir.

1       THE COURT:  And do you agree with the strategy of not

2   trying to qualify for the safety valve, not trying to give the

3   government a truthful statement that would satisfy them that

4   you qualified for the safety valve?  Do you agree with that

5   strategy?

6       THE DEFENDANT:  I have no safety valve statement to

7   give, sir.

8       THE COURT:  I didn't hear you.  I'm sorry.

9       THE DEFENDANT:  I have no safety valve statement to

10  give, sir.

11      THE COURT:  Okay.

12      Any legal cause to show why sentence should not be

13  imposed?

14      MS. TRIBUIANI:  No, sir.

15      MR. COHEN:  Judge, no.  I would ask the Court to apply

16  the 18 U.S. Code, Section 3553(e) factors in fashioning

17  whatever sentence your Honor is going to impose.

18      I would point out when it comes to Delson Marc, who

19  was the codefendant, your Honor did impose a sentence of

20  20 years.  However, your Honor will recall that he then

21  attempted to withdraw his plea.  And so as far as a sentence

22  involving acceptance of responsibility was concerned, that

23  really wasn't in the cards for Mr. Marc.

24      Now --

25      THE COURT:  Let me interrupt you.  I think he got a

1    three-level reduction for acceptance of responsibility.

2         MR. COHEN:  Well, you would know better than I would,

3    Judge.  I was just reading the --

4         THE COURT:  The government didn't ask to take it away.

5         MR. COHEN:  Okay.  Well, very good.

6         I know what the government is asking for, and I do it

7    in connection with my 3553(e) motion, is that he receive a

8    sentence of 30 years.  And I don't think Mr. Joseph should be

9    punished just because there are other cases out there that he's

10   gonna face.  He had the right to go to trial.  He made an

11   intelligent decision to do that, Judge.  And so --

12        THE COURT:  I have to interrupt you, because I don't

13   remember seeing anything in the government's motion for an

14   upward departure talking about other cases he was gonna face.

15   Was that in there?

16        MS. TRIBUIANI:  Your Honor, I mentioned under the

17   category of his history with firearms that there is a pending

18   case before Judge Marra.

19        THE COURT:  All right.

20        MR. COHEN:  So, to the extent --

21        THE COURT:  I missed that.  Okay.

22        MR. COHEN:  So, to the extent, Judge -- that's why we

23   have lawyers sometimes.  Your Honor sees an awful lot of cases.

24        So, to the extent that, you know, that's being urged

25   by the government to --

```
 1              THE COURT:  All right.  He's presumed innocent on that
 2   case.
 3              MR. COHEN:  Correct.
 4              THE COURT:  So, I don't hold that against him.
 5              MR. COHEN:  Correct, Judge.
 6              So, I'm asking for the lowest possible sentence,
 7   either at the bottom of the guidelines or below the guidelines
 8   in this case, applying the 3553(e) factors.
 9              Thank you, Judge.
10              THE COURT:  The government wants to argue for an
11   upward variance?
12              MS. TRIBUIANI:  I do, your Honor.
13              Your Honor, I'll do my best not to repeat what I've
14   already included in my memorandum.  But, essentially, if you
15   look at the 3553(a) factors, there is no doubt that the nature
16   and circumstance of the offense committed by the defendant was
17   incredibly serious.  It was dangerous, specifically given the
18   plague of opioid and fentanyl overdoses occurring here in south
19   Florida.  The fact that this defendant had in his possession
20   this amount of narcotics was alarming.  And as I indicated in
21   my memorandum, it would be foolish to assume that July 28th was
22   the first time that the defendant had ever possessed this
23   amount of narcotics.
24              It is common sense that an individual selling
25   narcotics works their way up.  They normally start with smaller
```

```
 1    amounts, earn the trust of their sources of supply, and then
 2    and only then are entrusted to distribute larger amounts.  So,
 3    in this case, on this occasion, the defendant had in his
 4    possession over a million dollars' worth of narcotics.  And I
 5    simply highlight for the Court that this indicates the
 6    defendant had, in fact, been involved in the drug game for a
 7    long period of time.
 8           Further, the defendant obtained the premises that was
 9    used to distribute the narcotics via fraudulent means.  The
10    apartment in which the defendant and his codefendant resided
11    not only contained over a million dollars' worth of narcotics,
12    but it was also a factory, if you will, for producing
13    fraudulent identities.
14           I know the Court did not have the opportunity to view
15    some of the photographs related to that evidence, because,
16    obviously, we were not able to introduce it at trial.  I would
17    like to offer to the Court Government's Exhibit 1A through M,
18    which simply contains photographs of some of the items that
19    were taken from the defendant's residence specifically
20    pertaining to the identity theft.
21           (Government's Exhibits 1A through 1M marked for
22    identification)
23           THE COURT:  Are you moving them into evidence?
24           MR. COHEN:  Judge, we would object only on the basis
25    that we don't think it's relevant for purposes of this crime
```

1    and this sentencing.

2            THE COURT:  Okay.  Overrule.

3            1A through M will be received.

4            *(Government's Exhibits 1A through 1M admitted into*

5    *evidence)*

6            MS. TRIBUIANI:  As the Court can see, your Honor, the

7    photograph -- the first photograph, 1A, depicts a bag of --

8    some sort of a garbage bag that was located in the kitchen of

9    the residence.  And inside of that garbage bag, agents

10   discovered a passport photograph and literally dozens of

11   identifications belonging to other individuals, along with

12   debit cards, credit cards, correspondence, mail, and so on and

13   so forth.  There was also a credit card scanner that was

14   located.

15           The very last photograph, your Honor, 1M, depicts a

16   printout, a computer printout.  This printout is significant,

17   your Honor, because it contains the names and PII of patients

18   who at one point frequented Tenet Healthcare -- excuse me --

19   Tenet Physician Services.  This was actually a copy of a

20   printout that the IRS seized from the defendant back in 2014.

21   So, this document was seized in 2014, and a copy of the same

22   document was located in the defendant's kitchen during this

23   offense.  And this printout, your Honor, contains these

24   individuals' names and PII.  And what's troubling is that some

25   of these individuals were later the victims of identity theft.

 1             Paragraph 57 in the PSI contains a brief summary of

 2    that IRS investigation, but as I've highlighted in my

 3    memorandum, back in 2014, the defendant was stopped during a

 4    traffic stop, and a search of his vehicle revealed both a

 5    handgun and nine unauthorized access devices in the form of

 6    prepaid debit and credit cards.  A subsequent search at the

 7    defendant's residence, conducted by state probation officers,

 8    revealed 277 items of PII and 37 additional unauthorized access

 9    devices, again in the form of prepaid debit and credit cards.

10             Some of those individuals were subsequently deemed to

11    be the victims of tax fraud, meaning tax returns were

12    fraudulently filed using their identifies.  And as an example,

13    on June 10th, 2014, a tax return was filed for an individual

14    with the initials J.D. claiming a refund of $1,964.  That

15    refund was deposited onto a GreenDot electronic card, which was

16    then used to purchase a money order made payable to Balmy

17    Joseph.

18             So, it's clear that as early as 2014, the defendant

19    was engaged in pervasive identity theft and tax fraud.

20             As the PSI makes clear, the defendant's conduct with

21    regard to identity theft did not stop in 2014.  And, in fact,

22    paragraph 45 indicates that in 2016, the defendant utilized a

23    fraudulent driver's license and credit card to attempt to

24    purchase thousands of dollars' worth of electronic merchandise.

25    When confronted by law enforcement, the defendant provided a

1  false name.  He was ultimately found in possession of

2  additional fraudulent Visa cards.

3       In addition to his history with identity theft, the

4  defendant has also illegally possessed firearms on a number of

5  occasions, dating back to 2011, again as set forth in the PSI.

6       And I refer specifically to PSI paragraph 50, PSI

7  paragraph 42, and most recently PSI paragraph 53, in which the

8  defendant was found to be in possession of a firearm.  That is

9  the case that is currently pending before Judge Marra.

10       I highlight these facts, your Honor, to distinguish

11  this defendant's conduct from the conduct of his codefendant,

12  Delson Marc.  Although Mr. Marc and Mr. Joseph were equally

13  culpable in the drug conspiracy, they were both responsible for

14  every bit of that heroin, fentanyl, and ketamine, this

15  defendant's role in the identity theft scheme sets him apart

16  from Mr. Marc.

17       I also highlight the fact that looking at their

18  criminal histories, this defendant has actually been

19  incarcerated for a longer period of time than Mr. Marc.  And

20  one would hope that as a result, the defendant would have

21  learned his lesson, and, unfortunately, he did not.

22       So, certainly, it's the government's position that

23  based upon those distinguishing characteristics, this defendant

24  deserves a more severe sentence than Mr. Marc.  And we are

25  asking the Court to impose a term of at least 360 months'

1    imprisonment.

2           I also want to highlight one more fact for your Honor.

3    I don't know if you remember from the trial, but during the

4    testimony of the witness from the Luma apartment complex, she

5    was looking over at the defendant and trying to identify him.

6    The defendant actually hid his face in order to prevent that

7    witness from identifying him.  And that act, to me, speaks

8    volumes about this defendant's character.

9           And so, for all of these reasons, your Honor, I submit

10   that a sentence of 360 months is reasonable and not greater

11   than necessary to accomplish all of the goals of 3553(a).

12         MR. COHEN:  Judge, just a brief response.

13          If you look at paragraph 57, which was referred to by

14   counsel for the government, that refers to the gun case which

15   is presently pending before Judge Marra.  But I can also tell

16   the Court that during my negotiations with the government, they

17   indicated they intended to bring an additional case on the

18   basis of the identity theft issues, at least that was the

19   subject matter of our discussions.

20          So, I wouldn't want Mr. Joseph to be punished for

21   conduct which he's going to be facing in the future insofar as

22   that's concerned.  We're limited to this case and these facts

23   and a codefendant who received 20 years.  And so, I would ask

24   the Court -- particularly since you indicated you're not gonna

25   take the gun charge or any file before Judge Marra into

1    account, I would hope the Court would consider that fact before

2    it imposed sentence.

3          One other thing I wanted to say, Judge, I hope your

4    Honor had an opportunity to look at the letters I filed of

5    record from Liliana Ramirez, who is the mother of Mr. Joseph's

6    child, with regard to his young child, and also the letter of

7    his sister, which does paint quite a different picture of

8    Mr. Joseph when it comes to his support of the family and what

9    he's done for them.

10          So, I'm hoping the Court will take these facts into

11    consideration as well when it imposes sentence, your Honor.

12          Thank you.

13          THE COURT:  Anything you want to say, Mr. Joseph,

14    before I impose sentence?

15          THE DEFENDANT:  Yes.

16          Uhm, I been quiet my whole case, but the government's

17    painting a picture of me that's not really who I am.  They know

18    my *(sic)* innocent.  They know what I did and what I didn't.

19    And if you look at my PSI, when I did do something, I told them

20    I was wrong.  I would admit my wrong if I was wrong.  And I

21    just want you to take lenience towards my children and my

22    family when you're sentencing me.  I still plead my innocence.

23          That's all.

24          THE COURT:  Anything further before I impose sentence?

25          MS. TRIBUIANI:  No, your Honor.

1          MR. COHEN:  No, your Honor.

2          THE COURT:  All right.  Having considered the

3    sentencing guidelines, having considered the factors in 18,

4    United States Code, Section 3553(a), it's up to the Court to

5    determine what a reasonable and sufficient sentence is.

6          And if Mr. Joseph gets convicted in front of

7    Judge Marra, then it will be up to Judge Marra to decide what

8    sentence to impose and whether to run it concurrent or

9    consecutive.  But I presume Mr. Joseph to be innocent of those

10   charges.

11         I think I can consider the stuff that was found during

12   the search, but, again, he hasn't been convicted of it.  And I

13   don't think I give it the weight that the government would like

14   to attach to that.

15         So, the factors that the government sets forth I think

16   are factors that are more properly considered in deciding where

17   within the guideline range an appropriate sentence is, as

18   opposed to doing an upward variance.  So, I deny the request

19   for an upward variance.

20         Having said that, I think seven kilograms of heroin

21   and all the other drugs is a lot of drugs.  It can do a lot of

22   damage to society.  And I think it's important for the Court to

23   impose a sentence that promotes respect for the law and acts as

24   a deterrent so that other individuals aren't tempted to be

25   dealing in heroin and fentanyl.  And perhaps Mr. -- I'm drawing

1    a blank on Mr. Joseph's codefendant.

2         MR. COHEN:  Mr. Marc, your Honor.

3         MS. TRIBUIANI:  Marc.

4         THE COURT:  Perhaps Mr. Marc got a windfall when he

5    only got a sentence of 20 months (*sic*) in prison.  But --

6         MR. COHEN:  Twenty years you mean, your Honor?

7         THE COURT:  Twenty years.  You're right.

8         When Mr. Marc got a sentence of 20 years in prison,

9    maybe that was a windfall.  Maybe he should have gotten a

10   higher sentence than that.  But it's up to the Court to decide

11   what is a fair and just sentence for Mr. Joseph.  And I think a

12   sentence at the top end of the guideline range would promote

13   respect for the law, act as a deterrent, and be an appropriate

14   sentence in this case.

15        So, it will be judgment of Court and sentence of law

16   that Mr. Joseph be sentenced to 262 months in prison on

17   Counts 1 and 2, 240 months in prison on Counts 3 and 4, to run

18   concurrent with each other.  Upon his release from prison, I

19   place him on five years of supervised release as to Counts 1

20   and 2, four years of supervised release as to Counts 3 and 4,

21   to run concurrent.

22        While on supervised release, he shall not commit any

23   crimes; he shall be prohibited from possessing a firearm or

24   other dangerous device; he shall not possess any controlled

25   substances; he shall comply with the standard conditions of

1   supervised release, including the special condition that he not

2   associate with Delson Marc.

3        I also order that he submit to a reasonable search of

4   his person or property conducted at a reasonable time and

5   manner by his probation officer.

6        I order that he provide complete access to his

7   financial information to his probation officer.

8        I order that he obtain prior written approval from the

9   Court before entering into any self-employment.

10        I order that he get a drug-and-alcohol evaluation and

11   successfully complete any treatment deemed necessary and

12   contribute to the costs of the treatment based on an ability to

13   pay.

14        I find that he's not able to pay a fine.  I waive the

15   fine, impose a $400 special assessment, and order that any

16   unpaid amounts of the special assessment be paid during the

17   period of the supervised release.

18        Mr. Joseph, it's my duty to inform you that you have

19   14 days within which to appeal the judgment and sentence of

20   this Court.  Should you desire to appeal and be without funds

21   with which to prosecute an appeal, an attorney will be

22   appointed to represent you in connection with that appeal.

23   Should you fail to appeal within that 14-day period, it will

24   constitute a waiver of your right to appeal.

25        Also, it's my duty to elicit from counsel for all

```
 1   parties fully articulated objections to the Court's findings of

 2   fact and conclusions of law as announced at the sentencing

 3   hearing, and to further elicit any objection which any party

 4   may have to the manner in which the sentence was imposed in

 5   this case.

 6             Are there any objections from the government?

 7             MS. TRIBUIANI:  No, your Honor.

 8             THE COURT:  Mr. Cohen.

 9             MR. COHEN:  Yes, sir.  We would object with regard to

10   all findings with respect both to the trial and to the

11   sentencing, both made in -- made orally and in writing as well,

12   your Honor.  And we preserve those objections for purposes of

13   filing a notice of appeal, which we will undertake to do within

14   the next 14 days, respectfully.

15             THE COURT:  All right.  The objections are noted and

16   overruled.  The marshal will execute the sentence of the Court.

17             Good luck to you, Mr. Joseph.

18             And let me give the photos back to the clerk.

19             And we'll be in recess.

20             ROOM CLERK:  All rise.

21             MR. COHEN:  Judge, nice seeing you.  Be well, Judge.

22             THE COURT:  Okay.

23             (The Judge exited the courtroom)

24             (Proceedings concluded at 1:37 p.m.)

25                             -  -  -  -  -
```

```
 1                    INDEX OF EXHIBITS

 2   GOVERNMENT'S EXHIBITS:          MARKED      RECEIVED

 3   1A through 1M                     9           10

 4                      -  -  -  -  -

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17               C E R T I F I C A T E

18       I hereby certify that pursuant to Section 753,

19   Title 28, United States Code, the foregoing is a true and

20   correct transcript from the record of proceedings in the

21   above-entitled matter.

22

23
     _____     __ 4-4-2019_____
24   Francine C. Salopek, RMR-CRR          Date
     Official Court Reporter
25
```

MR. COHEN: [21]
MS. TRIBUIANI: [13]
ROOM CLERK: [1]  18/19
THE COURT: [32]
THE DEFENDANT: [5]

**$**

$1,964 [1]  11/14
$400 [1]  17/15

**1**

10 [1]  19/3
10th [1]  11/13
14 days [2]  17/19 18/14
14-day [1]  17/23
168 [1]  5/15
18 [1]  15/3
18 U.S. Code [1]  6/16
18-80153-CR-WPD [1]  1/4
1:13 [1]  1/8
1:15 [1]  3/2
1:37 [1]  18/24
1A [6]
1M [4]

**2**

20 months [1]  16/5
20 years [4]
2011 [1]  12/5
2014 [6]
2016 [1]  11/22
2019 [3]  1/7 3/2 19/23
205F [1]  2/9
21 [2]  1/7 3/2
210 [1]  9/6
210 months [1]  5/16
240 months [1]  16/17
262 months [2]  5/6 16/16
277 [1]  11/8
28 [1]  19/19
28th [1]  8/21
299 [1]  2/9

**3**

30 years [1]  7/8
32 [1]  5/11
33301 [1]  2/10
33309 [1]  2/7
33401 [1]  2/4
34 [1]  5/5
3553 [6]
360 months [1]  13/10
360 months' [1]  12/25
37 [1]  11/8

**4**

4-4-2019 [1]  19/23
400 [1]  2/3
42 [1]  12/7
45 [1]  11/22

**5**

50 [1]  12/6

500 [1]  2/3
505 [1]  2/6
53 [1]  12/7
5657 [1]  2/10
57 [2]  11/1 13/13

**6**

6400 [1]  2/6

**7**

753 [1]  19/18
769-5657 [1]  2/10
79 [1]  4/15

**8**

80 [1]  4/15

**9**

954 [1]  2/10

**A**

ability [1]  17/12
above [1]  19/21
above-entitled [1]  19/21
acceptance [2]  6/22 7/1
access [3]  11/5 11/8 17/6
accomplish [1]  13/11
account [1]  14/1
act [3]  4/17 13/7 16/13
acts [1]  15/23
addition [2]  4/22 12/3
adjudicated [1]  3/18
admit [1]  14/20
admitted [1]  10/4
afternoon [2]  3/8 3/9
agents [1]  10/9
agree [3]  4/24 6/1 6/4
alarming [1]  8/20
alcohol [1]  17/10
although [2]  4/22 12/12
AMERICA [1]  1/6
amount [2]  8/20 8/23
amounts [3]  9/1 9/2 17/16
Andrews [1]  2/6
announce [1]  3/5
announced [1]  18/2
apartment [2]  9/10 13/4
appeal [10]
appearances [2]  2/1 3/5
apply [1]  6/15
applying [1]  8/8
appointed [1]  17/22
approval [1]  17/8
aren't [1]  15/24
argue [1]  8/10
articulated [1]  18/1
assessment [2]  17/15 17/16
Assistant [1]  2/2
associate [1]  17/2
assume [1]  8/21
attach [1]  15/14
attempt [1]  11/23
attempted [1]  6/21
attorney [2]  2/2 17/21
Australian [1]  2/3

Avenue [2]  2/3 2/6
awful [1]  7/23

**B**

bag [3]  10/7 10/8 10/9
BALMY [4]
basis [1]  9/24 13/18
Beach [1]  2/4
belonging [1]  10/11
below [1]  8/7
bench [1]  3/3
blank [1]  16/1
Blvd [1]  2/9
bottom [1]  8/7
brief [2]  11/1 13/12
Broward [1]  2/9

**C**

card [3]  10/13 11/15 11/23
cards [6]
category [3]  5/6 5/12 7/17
category IV [2]  5/6 5/12
cause [1]  6/12
certify [1]  19/18
character [1]  13/8
characteristics [1]  12/23
charge [1]  13/25
charges [1]  15/10
child [2]  14/6 14/6
children [1]  14/21
circumstance [1]  8/16
circumstances [1]  4/25
claiming [1]  11/14
clear [2]  11/18 11/20
clerk [1]  18/18
Code [3]  6/16 15/4 19/19
codefendant [5]
Cohen [6]
commit [1]  16/22
committed [1]  8/16
common [1]  8/24
complete [2]  17/6 17/11
complex [1]  13/4
comply [1]  16/25
computed [1]  4/14
computer [2]  1/25 10/16
concerned [2]  6/22 13/22
concluded [1]  18/24
conclusions [1]  18/2
concurrent [3]  15/8 16/18 16/21
condition [1]  17/1
conditions [1]  16/25
conduct [4]
conducted [2]  11/7 17/4
confronted [1]  11/25
connection [2]  7/7 17/22
consecutive [1]  15/9
consideration [1]  14/11
conspiracy [2]  3/13 12/13
constitute [1]  17/24
contained [1]  9/11
contains [4]
continuing [1]  5/4
contribute [1]  17/12

## C

**controlled [1]** 16/24
**convicted [2]** 15/6 15/12
**copy [2]** 10/19 10/21
**correspondence [1]** 10/12
**counsel [4]**
**count [1]** 4/21
**counts [5]**
**Counts 1 [2]** 16/17 16/19
**Counts 3 [2]** 16/17 16/20
**COURT [26]**
**Court's [1]** 18/1
**courtroom [1]** 18/23
**CR [1]** 1/4
**credit [5]**
**crime [1]** 9/25
**crimes [1]** 16/23
**criminal [3]** 5/6 5/11 12/18
**CRR [2]** 2/8 19/24
**culpable [1]** 12/13

## D

**damage [1]** 15/22
**dangerous [2]** 8/17 16/24
**Date [1]** 19/24
**dating [1]** 12/5
**debit [3]** 10/12 11/6 11/9
**decide [2]** 15/7 16/10
**decision [1]** 7/11
**deemed [2]** 11/10 17/11
**defendant [22]**
**defendant's [7]**
**deferred [1]** 3/18
**Delson [3]** 6/18 12/12 17/2
**deny [1]** 15/18
**departure [1]** 7/14
**depicts [2]** 10/7 10/15
**deposited [1]** 11/15
**deserves [1]** 12/24
**desire [1]** 17/20
**determine [1]** 15/5
**deterrent [2]** 15/24 16/13
**device [1]** 16/24
**devices [2]** 11/5 11/9
**Dimitrouleas [2]** 1/14 3/9
**discovered [1]** 10/10
**discussed [2]** 4/2 5/21
**discussions [1]** 13/19
**distinguish [1]** 12/10
**distinguishing [1]** 12/23
**distribute [6]**
**DISTRICT [4]**
**DIVISION [1]** 1/3
**document [2]** 10/21 10/22
**dollars' [3]** 9/4 9/11 11/24
**doubt [1]** 8/15
**dozens [1]** 10/10
**drawing [1]** 15/25
**driver's [1]** 11/23
**drug [3]** 9/6 12/13 17/10
**drug-and-alcohol [1]** 17/10
**drugs [2]** 15/21 15/21
**duty [2]** 17/18 17/25

## E

**early [1]** 11/18
**earn [1]** 9/1
**electronic [2]** 11/15 11/24
**elicit [2]** 17/25 18/3
**eligibility [1]** 5/1
**eligible [1]** 4/23
**employment [1]** 17/9
**enforcement [1]** 11/25
**engaged [1]** 11/19
**entitled [1]** 19/21
**entrusted [1]** 9/2
**equally [1]** 12/12
**Esq [1]** 2/5
**essentially [1]** 8/14
**evaluation [1]** 17/10
**evidence [3]** 9/15 9/23 10/5
**excuse [1]** 10/18
**execute [1]** 18/16
**Exhibit [1]** 9/17
**Exhibit 1A [1]** 9/17
**Exhibits [4]**
**exited [1]** 18/23
**explain [1]** 5/1
**extent [3]** 7/20 7/22 7/24

## F

**face [3]** 7/10 7/14 13/6
**faced [1]** 4/19
**facing [1]** 13/21
**fact [7]**
**factors [6]**
**factory [1]** 9/12
**facts [5]**
**fail [1]** 17/23
**false [1]** 12/1
**family [2]** 14/8 14/22
**fashioning [1]** 6/16
**fentanyl [4]**
**file [1]** 13/25
**filed [3]** 11/12 11/13 14/4
**filing [2]** 4/13 18/13
**financial [1]** 17/7
**findings [2]** 18/1 18/10
**fine [2]** 17/14 17/15
**firearm [2]** 12/8 16/23
**firearms [2]** 7/17 12/4
**FL [1]** 2/7
**FLORIDA [5]**
**foolish [1]** 8/21
**foregoing [1]** 19/19
**form [2]** 11/5 11/9
**FORT [4]**
**Francine [2]** 2/8 19/24
**fraud [2]** 11/11 11/19
**fraudulent [4]**
**fraudulently [1]** 11/12
**frequented [1]** 10/18
**front [1]** 15/6
**funds [1]** 17/20

## G

**game [1]** 9/6
**garbage [2]** 10/8 10/9

## E (continued / right column G-I)

**gets [1]** 15/6
**goals [1]** 13/11
**gonna [3]** 7/10 7/14 13/24
**gotten [1]** 16/9
**government [13]**
**government's [7]**
**greater [1]** 13/10
**GreenDot [1]** 11/15
**guideline [4]**
**guidelines [3]** 8/7 8/7 15/3
**guilty [3]** 3/13 3/18 5/2
**gun [2]** 13/14 13/25

## H

**handgun [1]** 11/5
**Healthcare [1]** 10/18
**hear [1]** 6/8
**hearing [2]** 1/13 18/3
**hereby [1]** 19/18
**heroin [6]**
**hid [1]** 13/6
**higher [1]** 16/10
**highlight [4]**
**highlighted [1]** 11/2
**histories [1]** 12/18
**history [4]**
**hold [1]** 8/4
**Honor [27]**
**Honorable [1]** 1/14
**hope [3]** 12/20 14/1 14/3
**hoping [1]** 14/10

## I

**I'll [1]** 8/13
**I'm [4]**
**I've [3]** 3/19 8/13 11/2
**identification [1]** 9/22
**identifications [1]** 10/11
**identifies [1]** 11/12
**identify [1]** 13/5
**identifying [1]** 13/7
**identities [1]** 9/13
**identity [7]**
**illegally [1]** 12/4
**impose [8]**
**imposed [3]** 6/13 14/2 18/4
**imposes [1]** 14/11
**imprisonment [1]** 13/1
**incarcerated [1]** 12/19
**included [1]** 8/14
**including [1]** 17/1
**incredibly [1]** 8/17
**INDEX [1]** 19/1
**indicated [3]** 8/20 13/17 13/24
**indicates [2]** 9/5 11/22
**individual [2]** 8/24 11/13
**individuals [4]**
**individuals' [1]** 10/24
**inform [1]** 17/18
**information [1]** 17/7
**initials [1]** 11/14
**innocence [1]** 14/22
**innocent [3]** 8/1 14/18 15/9
**insofar [1]** 13/21

**I**

intelligent [1]  7/11
intended [1]  13/17
intent [4]
interrupt [2]  6/25 7/12
introduce [1]  9/16
investigation [6]
IRS [2]  10/20 11/2
issues [1]  13/18
items [2]  9/18 11/8
IV [2]  5/6 5/12

**J**

J.D [1]  11/14
JOSEPH [20]
Joseph's [3]  3/12 14/5 16/1
Judge [24]
Judge Dimitrouleas [1]  3/9
Judge Marra [6]
judgment [2]  16/15 17/19
July [1]  8/21
July 28th [1]  8/21
June [1]  11/13
June 10th [1]  11/13

**K**

ketamine [1]  12/14
kilogram [2]  3/14 3/15
kilograms [1]  15/20
kitchen [2]  10/8 10/22

**L**

larger [1]  9/2
LAUDERDALE [4]
law [6]
lawyer [2]  4/2 5/24
lawyers [1]  7/23
learned [1]  12/21
legal [1]  6/12
lenience [1]  14/21
lesson [1]  12/21
letter [1]  14/6
letters [1]  14/4
level 32 [1]  5/11
level 34 [1]  5/5
license [1]  11/23
Liliana [1]  14/5
limited [1]  13/22
LINCOLN [2]  1/9 3/4
literally [1]  10/10
lowest [1]  8/6
luck [1]  18/17
Luma [1]  13/4

**M**

mail [1]  10/12
mandatories [1]  4/20
mandatory [3]  4/16 4/20 5/20
manner [2]  17/5 18/4
Marc [12]
March [2]  1/7 3/2
marked [2]  9/21 19/2
Marra [6]
marshal [1]  18/16

matter [2]  13/19 19/21
mean [1]  16/6
meaning [1]  11/11
means [1]  9/9
mechanical [1]  1/24
memorandum [3]  8/14 8/21 11/3
merchandise [1]  11/24
Michael [3]  2/5 2/5 3/10
Michael B [1]  3/10
million [2]  9/4 9/11
minimum [5]
missed [1]  7/21
money [1]  11/16
months [6]
months' [1]  12/25
mother [1]  14/5
motion [2]  7/7 7/13
moving [1]  9/23
Mr [1]  15/25
Mr. [30]
Mr. Cohen [3]  3/24 4/7 18/8
Mr. Joseph [16]
Mr. Joseph's [3]  3/12 14/5 16/1
Mr. Marc [8]
Ms. [1]  3/22
Ms. Tribuiani [1]  3/22

**N**

name [1]  12/1
names [2]  10/17 10/24
narcotics [6]
nature [1]  8/15
necessary [2]  13/11 17/11
negotiations [1]  13/16
nice [1]  18/21
nine [1]  11/5
normally [1]  8/25
noted [1]  18/15
notice [1]  18/13
number [1]  12/4

**O**

object [2]  9/24 18/9
objection [2]  4/10 18/3
objections [7]
obtain [1]  17/8
obtained [1]  9/8
occasion [1]  9/3
occasions [1]  12/5
offense [4]
offer [1]  9/17
officer [2]  17/5 17/7
officers [1]  11/7
Offices [1]  2/5
Official [2]  2/8 19/24
opioid [1]  8/18
opportunity [3]  3/20 9/14 14/4
opposed [1]  15/18
orally [1]  18/11
order [7]
ordered [1]  3/18
overdoses [1]  8/18
Overrule [1]  10/2
overruled [1]  18/16

**P**

p.m [3]  1/8 3/2 18/24
paint [1]  14/7
painting [1]  14/17
Palm [1]  2/4
paragraph [7]
paragraph 42 [1]  12/7
paragraph 45 [1]  11/22
paragraph 50 [1]  12/6
paragraph 53 [1]  12/7
paragraph 57 [2]  11/1 13/13
paragraph 79 [1]  4/15
parties [1]  18/1
party [1]  18/3
passport [1]  10/10
patients [1]  10/17
pay [2]  17/13 17/14
payable [1]  11/16
pending [4]
perhaps [2]  15/25 16/4
period [4]
persist [1]  5/2
person [1]  17/4
pertaining [1]  9/20
pervasive [1]  11/19
photograph [4]
photographs [2]  9/15 9/18
photos [1]  18/18
Physician [1]  10/19
picture [2]  14/7 14/17
PII [3]  10/17 10/24 11/8
place [1]  16/19
plague [1]  8/18
Plaintiff [1]  1/7
plea [2]  5/2 6/21
plead [1]  14/22
point [2]  6/18 10/18
position [3]  5/3 5/22 12/22
possess [2]  3/13 16/24
possessed [2]  8/22 12/4
possessing [1]  16/23
possession [7]
preclude [1]  4/25
premises [1]  9/8
prepaid [2]  11/6 11/9
Presentence [6]
presently [2]  3/3 13/15
preserve [1]  18/12
preserved [1]  4/10
presume [1]  15/9
presumed [1]  8/1
prevent [1]  13/6
printout [5]
prison [5]
probation [3]  11/7 17/5 17/7
proceedings [3]  1/24 18/24 19/20
produced [1]  1/25
producing [1]  9/12
prohibited [1]  16/23
promote [1]  16/12
promotes [1]  15/23
properly [2]  4/14 15/16
property [1]  17/4
prosecute [1]  17/21

**P**

provide [1]  17/6
provided [1]  11/25
PSI [7]
punished [2]  7/9 13/20
purchase [2]  11/16 11/24
purposes [5]
pursuant [1]  19/18

**Q**

qualified [3]  5/10 5/20 6/4
qualify [1]  6/2
quiet [1]  14/16

**R**

raise [1]  4/11
Ramirez [1]  14/5
range [6]
read [1]  4/1
reading [1]  7/3
reasons [1]  13/9
recall [1]  6/20
receive [1]  7/7
received [4]
recently [1]  12/7
recess [1]  18/19
record [3]  3/6 14/5 19/20
recorded [1]  1/24
reduced [1]  4/17
reduction [1]  7/1
refer [1]  12/6
referred [1]  13/13
refers [1]  13/14
refund [2]  11/14 11/15
release [6]
relevant [1]  9/25
remain [1]  5/4
remember [2]  7/13 13/3
Report [5]
Reporter [3]  2/8 2/8 19/24
represent [1]  17/22
request [1]  15/18
resided [1]  9/10
residence [3]  9/19 10/9 11/7
respectfully [1]  18/14
response [1]  13/12
responsibility [2]  6/22 7/1
result [1]  12/20
return [1]  11/13
returns [1]  11/11
revealed [2]  11/4 11/8
review [1]  3/20
reviewed [1]  3/20
Rinku [2]  2/2 3/7
rise [1]  18/20
RMR [2]  4/8 19/24
RMR-CRR [1]  19/24
role [1]  12/15
Room [1]  2/9

**S**

safety [9]
Salopek [2]  2/8 19/24
satisfy [1]  6/3

scanner [1]  10/13
scheme [1]  12/15
search [4]
Section [3]  6/16 15/4 19/18
Section 3553 [2]  6/16 15/4
sees [1]  7/23
seized [2]  10/20 10/21
self [1]  17/9
self-employment [1]  17/9
selling [1]  8/24
sense [1]  8/24
sentence [26]
sentenced [1]  16/16
sentencing [9]
serious [1]  8/17
Services [1]  10/19
seven [1]  15/20
seven kilograms [1]  15/20
severe [1]  12/24
shall [4]
sic [2]  14/18 16/5
sister [1]  14/7
smaller [1]  8/25
society [1]  15/22
sources [1]  9/1
south [1]  8/18
SOUTHERN [1]  1/2
special [3]  17/1 17/15 17/16
standard [1]  16/25
state [1]  11/7
statement [4]
STATES [7]
States vs [1]  3/4
status [1]  5/4
stenography [1]  1/24
Step [1]  4/17
stop [2]  11/4 11/21
stopped [1]  11/3
strategy [2]  6/1 6/5
stuff [1]  15/11
subject [1]  13/19
submit [2]  13/9 17/3
subsequent [1]  11/6
substances [1]  16/25
successfully [1]  17/11
sufficient [1]  15/5
Suite [2]  2/3 2/6
summary [1]  11/1
supervised [5]
supplemental [1]  4/13
supply [1]  9/1
support [1]  14/8

**T**

take [4]
taken [1]  9/19
talk [1]  5/24
talking [1]  7/14
tax [4]
tell [1]  13/15
tempted [1]  15/24
ten-year [3]  4/19 4/21 5/19
Tenet [2]  10/18 10/19
term [1]  12/25

testimony [1]  13/4
Thank [2]  8/9 14/12
theft [1]
think [10]
thousands [1]  11/24
three-level [1]  7/1
THURSDAY [1]  3/2
time [5]
Title [1]  19/19
top [1]  16/12
towards [1]  14/21
traffic [1]  11/4
transcript [3]  1/13 1/24 19/20
treatment [2]  17/11 17/12
trial [5]
Tribuiani [3]  2/2 3/7 3/22
troubling [1]  10/24
true [1]  19/19
trust [1]  9/1
truthful [1]  6/3
Twenty [2]  16/6 16/7

**U**

U.S [1]  2/2
U.S. [1]  6/16
Uhm [1]  14/16
ultimately [1]  12/1
unauthorized [2]  11/5 11/8
undertake [1]  18/13
unfortunately [1]  12/21
UNITED [7]
unpaid [1]  17/16
upward [4]
urged [1]  7/24
utilized [1]  11/22

**V**

valve [9]
variance [3]  8/11 15/18 15/19
vehicle [1]  11/4
via [1]  9/9
victims [2]  10/25 11/11
view [1]  9/14
Visa [1]  12/2
volumes [1]  13/8

**W**

waive [1]  17/14
waiver [1]  17/24
weight [1]  15/13
West [1]  2/4
who's [1]  3/10
William [1]  1/14
windfall [2]  16/4 16/9
withdraw [1]  6/21
witness [2]  13/4 13/7
works [1]  8/25
worth [3]  9/4 9/11 11/24
WPD [1]  1/4
writing [1]  18/11
written [1]  17/8
wrong [3]  14/20 14/20 14/20

**Y**

young [1]  14/6