UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO.   18-80153-CR-DIMITROULEAS

    Plaintiff,

vs.

DELSON MARC

    Defendant,

_____/

**O R D E R**

THIS CAUSE is before the Court *sua sponte* upon receipt of a list of possible eligible persons who may benefit from Part A of Amendment 821, the Court finds as follows:

1. On November 5, 2018, Defendant pled guilty to Conspiracy to Possess With Intent to Distribute One Kilogram or More of Heroin, Possession with Intent to Distribute One Kilogram or More of Heroin, and Possession of a Firearm by a Convicted Felon.

2. Defendant's Sentencing Guidelines were scored at an Offense Level 36, Criminal History Category IV, including two criminal history status points, for range of 262-327 months. Defendant was sentenced to 240 months on February 8, 2019.

3. A revised Sentencing Guidelines with a two[1] level reduction for status points would be scored at an Offense Level 36, Criminal History Category III, for a range of 235-293 months.

4. On October 6, 2023, this Court requested that the Government show cause within thirty (30) days of the order why the Court should not reduce Defendant's sentence,

---

[1] Defendant otherwise had less than seven criminal history points.

effective February 1, 2024. [DE-248]. On November 2, 2023, the Government filed its response. [DE-249]. The Court has considered the factors in 18 U.S.C. § 3553(a). The Sentence is reduced to 235 months effective February 1, 2024. The Court will enter another order.

5. The Clerk shall mail a copy of this order to the Defendant.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of November, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Rinku Tribuiani, AUSA

Delson Marc, #18953-104
FDC Miami
Inmate Mails
PO Box 019120
Miami, FL  33101